GEORGE W. SWEPSON v. JOHN C. HARVEY and C. L. HARVEY.

Actions upon contracts entered into before the ratification of the Code; must be returned before the Clerk.

MOTION to dismiss an action upon a bond, made before *Tourgee, J.*, at Fall term 1868, of the Superior Court of ALAMANCE.

The bond was executed January 20th, 1866, and the summons was returnable *to the term* of the Court.

His Honor allowed the motion, and the defendants appealed.

*Phillips & Merrimon*, for the appellant.

*John W. Graham, contra.*

[The opinion in *Smith* v. *McIlwaine, ante* 95, covers this case and that of *The Raleigh National Bank* v. *Johnson;* the facts in which were the same as in this case.]